Argued May 24, reversed June 11, 1979

JOE WILSON, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 01-79-198, CA 13409)

595 P2d 847

Thomas J. Crabtree, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Tanzer, Richardson and Roberts, Judges.

PER CURIAM

## PER CURIAM

Petitioner was charged with and found guilty of a rule violation. The record discloses none. Reversed.